ORIGINAL

AO 93 (Rev. 5/85) Search Warrant

FILED

# United States District Court

08 JAN 23 PM 4:14

FOR THE

CLERK, U.S. DISTRICT COURT
OF CALIFORNIA

ORDERED SEALED BY COURT

BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

UNSEALED AS OF 1/17/08

Premises Known As:
4172 Yale Avenue
La Mesa, California 91941

**SEARCH WARRANT**

CASE NUMBER: 08 MJ 0129

TO: <u>Federal Bureau of Investigation</u> _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Robert A. Harris _____ who has reason to
<center>Affiant</center>

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____ Southern District of California _____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ 1-25-08 _____
<center>Date</center>
(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find
reasonable cause has been established),~~ and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____ Nita L. Stormes _____
as required by law.
<div align="right">U.S. Judge or Magistrate</div>

_____ 1-15-08 _____ at _____ San Diego, California _____
Date and Time Issued _____ City and State

Nita L. Stormes, Magistrate Judge _____ _____ [signature] _____
Name and Title of Judicial Officer _____ Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

Premises Known As:
4172 Yale Avenue
La Mesa, California 91941

**SEARCH WARRANT**

CASE NUMBER:

TO: <u>Federal Bureau of Investigation</u>                         and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____Special Agent Robert A. Harris_____ who has reason to

Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
SEE ATTACHMENT A

in the _____Southern_____ District of __California_____ there is now
concealed a certain person or property, namely (describe the person or property)
SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____*1-25-08*_____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____Nita L. Stormes_____
as required by law.                                            U.S. Judge or Magistrate

_____*1-15-08*_____ at ____San Diego, California____
Date and Time Issued                                City and State

Nita L. Stormes, Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01-15-2008 | 01-16-2008 6:00AM | LEFT AT PREMISES |

INVENTORY MADE IN THE PRESENCE OF SA CARRIE MOSER

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

[signature]

Subcribed, sworn to, and returned before me this date.

[signature] 1-23-08

U.S. Judge or Magistrate Date

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 281D-SD-68640

On (date) 1/16/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Niesha Shawnee Armstrong

(Street Address) 4172 Yale Avenue

(City) La Mesa, CA

Description of Item(s): SDGE Bill, apartment complex document
Remainders of joints; drug paraphernalia
Green leafy substance; hair clip with residue
Miscellaneous documents
Washington Mutual Mastercard; North Island Credit Union Visa card
Springfield Armory 1911 .45 cal. gun, serial no. N 353108 & magazine
with ammunition
Sentry safe containing baggies, exacto knife, scale & residue
Samsung/Verizon cell phone; Samsung/TMobile cell phone; Motorola/
TMobile cellphone; cell phone charger
Notebook with lists of names
HP Pavilion 532w computer, serial no. KR223135677

Nothing
Further

Received By: _Carrie A. M____ (Signature)    Received From: _____ (Signature)

## ATTACHMENT A

## THE PREMISES TO BE SEARCHED

(RESIDENCE OF Niesha Shawnee ARMSTRONG, aka Niesha S. Jackson)

The residence at **4172 Yale Avenue, La Mesa, California 91941** is further described as follows:

> The residence is an apartment located in a two-story, multi-unit apartment building which contains even-numbered units 4170-4184. The apartment building has tan stucco and brown trim. The entrance to Apartment 4172 is located downstairs and the front door faces north. The entrance to Apartment 4172 has two exterior doors, one being a black metal security door with an outward opening, which covers an inner door with an inward opening. The numbers "4172" are black in color and located immediately on the right side of the front door of Apartment 4172 on the wall. There is a doorbell and a window to the left of the front door.

# ATTACHMENT B

## ITEMS TO BE SEIZED

### (RESIDENCE OF Niesha Shawnee ARMSTRONG, aka Niesha S. Jackson)

1.      Paraphernalia for packaging, weighing, cutting, testing, distributing, growing, and identifying controlled substance(s) including baggies, plastic wrapping, scales and other weighing devices.

2.      Documents and computer or electronic devices (and their contents) containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substance(s), including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, computer databases, spreadsheets, rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and keys.

3.      Money and assets derived from or to be used in the purchase of controlled substance(s) and records thereof, including U.S. currency, artwork, precious metals and stones, jewelry, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers check receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

4.      Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

5.      Equipment used to detect police activities and surveillance, including radio scanners and tape and wire transmitter detectors.

6.      Photographs and electronic images, such as video recordings and tape recordings (and their contents) which document the association with other co-conspirators and/or which depict narcotics, firearms, cash, real property, vehicles or jewelry.

7.      Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, rolodexes, telephone answering pads, storage records, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card and bank records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers license, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own.

8.      Telephone paging devices, beepers (and their contents), cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

9.      Incoming telephone calls while at the premises for execution of this search warrant, including answering the telephone and conversing with callers who appear to be calling in regard to drug sales without revealing the officer's identity. Telephone answering machines or devices, including listening to any recordings on the premises.